UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| LAURA PIZZO | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 09 C 901 |
| | ) | COMPLAINT AND DEMAND |
| | ) | FOR JURY TRIAL |
| | ) | (Unlawful Debt Collection |
| CONSUMER PORTFOLIIO | ) | Practices) |
| SERVICES INC. | ) | |
| Defendant | ) | |

## NOTICE OF RULE 41 PARTIAL DISMISSAL OF ALL CLAIMS WITH PREJUDICE

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Michael T. Lavin
Senior Vice President /
Corporate Counsel
Consumer Portfolio Services, Inc.
19500 Jamboree Rd.
Irvine, CA 92612

**PLEASE TAKE NOTICE** that Plaintiff **LAURA PIZZO** hereby dismiss ALL Counts of her Complaint, as above captioned, fully, inclusively, instantly and <u>with prejudice</u> pursuant to Rule 41 and to an Agreement as between the Parties.

Dated this 7th of February 2010

**VAITYS LAW LLC**
Attorneys for Plaintiff
Laura Pizzo

Thomas D Vaitys
State Bar No.: 1049546

**P.O. ADDRESS**

VAITYS LAW LLC
8989 North Port Washington Road
Suite 201
Bayside, Wisconsin 53217
(414) 755-8448 (Telephone)
(414) 352-0909 (Facsimile)